IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DAIMEON MOSLEY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:17-cv-00924-JD-MGG |
| | ) |
| KOHL'S DEPARTMENT STORES, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, Daimeon Mosley, and Defendant, Kohl's Department Stores, Inc., pursuant to Northern District of Indiana Local Rule 16-1(g), hereby give notice that they have reached an agreement in principal to settle this case and are currently working to finalize the terms of the settlement agreement.

Dated: February 13, 2018

Respectfully submitted,

/s/ Jason S. Weiss
Jason S. Weiss
Weiss Law Group, P.A.
5531 N. University Dr., Suite 103
Coral Springs, FL 33067
(954) 573-2800
jason@jswlawyer.com
*Attorneys for Plaintiff*

/s/ Bonnie Keane DelGobbo
John C. McIlwee
Bonnie Keane DelGobbo
Baker & Hostetler LLP
191 N. Wacker Dr., Suite 3100
Chicago, IL 60606
(312) 416-6200
jmcilwee@bakerlaw.com
bdelgobbo@bakerlaw.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, certifies that the foregoing document was filed and served on February 13, 2018 via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

                /s/Jason S. Weiss