IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DAIMEON MOSLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:17-cv-00924-JD-MGG |
| KOHL'S DEPARTMENT STORES, INC., | ) ) ) |
| Defendant. | ) ) ) |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, DAIMEON MOSLEY ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal of this Action **with prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant, KOHL'S DEPARTMENT STORES, INC. ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2. This case shall be dismissed **with prejudice** with each party bearing his/its own attorneys' fees and costs.

> BY: /s/ Jason S. Weiss
> Jason S. Weiss
> Jason@jswlawyer.com
> Florida Bar No. 356890
> WEISS LAW GROUP, P.A.
> 5531 N. University Drive, Suite 103
> Coral Springs, FL 33067
> Tel: (954) 573-2800
> Fax: (954) 573-2798
> *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of March, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice.

BY: /s/ Jason S. Weiss
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890